UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA DENNIS,<br><br>              Plaintiff,<br>    v.<br><br>LINDA S. MCMAHON,<br>Acting Commissioner of Social Security,<br><br>              Defendant. | CASE NO. C06-280RSM<br><br>ORDER |

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, the Report and Recommendation of United States Magistrate Judge Monica J. Benton, and no objections having been filed, finds and orders as follows. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES AND REMANDS the decision of the Commissioner of Social Security.

DATED this __26__ day of February, 2007.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER